IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
DEC 2 9 1999
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
    DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. SA-99-CA-1147-FB |
| | ) |
| James Graham, | ) |
|     Defendant. | ) |

## DEFAULT JUDGMENT

The Plaintiff in this action, the United States of America, having moved this Court pursuant to Rules 55(a) and (b)(1), Federal Rules of Civil Procedure, for entry of a default and default judgment against Defendant James Graham, and it having appeared by competent proof that entry of default and default judgment is proper, it is this day,

ORDERED, ADJUDGED and DECREED that Plaintiff UNITED STATES OF AMERICA have and recover of and from Defendant James Graham, judgment for $4,287.45 (representing $2,793.51 principal, administrative costs of $.00, and interest of $1,493.94 accrued through September 8, 1999). Interest will continue to accrue at the rate of 8.41% per annum until the date of judgment, plus postjudgment interest at the rate of _5.670%_ percent, until the judgment is paid in full, plus all costs of court, for which let execution issue.

SIGNED and ENTERED this _29th_ day of _December_, _1999_.

WILLIAM G. PUTNICKI
United States District Clerk

By: _____
    Deputy Clerk

civil\304.wp